FILED
OCT 2 3 2024
DAVID CREWS, CLERK
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO: 4:24-CR- 141

LATERRIOUS SWIFT

18 U.S.C. § 922(g)(4)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 5, 2024, in the Northern District of Mississippi, LATERRIOUS SWIFT, defendant, knowing he had been adjudicated a mental defective and having been committed to a mental institution knowingly possessed a firearm, to wit, a Cobra .380 caliber handgun, and the said firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(8).

### COUNT TWO

On or about May 7, 2024, in the Northern District of Mississippi, LATERRIOUS SWIFT, defendant, in connection with the attempted acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale or acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he had

not been adjudicated as mentally defective and that he had not been committed to a mental institution; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

CLAY JOYNER
UNITED STATES ATTORNEY

A TRUE BILL

/s/ Redacted Signature
FOREPERSON