IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CAUSE NO.: 4:24-cr-141-DMB-JMV-1

LATERRIOUS SWIFT     DEFENDANT

## ORDER DENYING MOTION TO REVOKE PRETRIAL RELEASE

This matter is before the Court on the Petition on Action on Conditions of Pretrial Release, ECF #26, filed by the U.S. Probation and Pretrial Services. The court finds that the government has not put forth evidence of probable cause that the defendant Laterrious Swift has committed a Federal, State, or local crime while on release, nor does the court find there has been shown clear and convincing evidence that the defendant has violated any other condition of release. Therefore, pursuant to 18 U.S.C. § 3148, the U.S. Probation and Pretrial Services Petition must be and is hereby DENIED.

**THEREFORE,** it is hereby **ORDERED,** that the defendant Laterrious Swift is hereby ordered released under the same terms and conditions previously imposed by the court pending further proceedings before United States District Judge Debra M. Brown.

SO ORDERED, this the 5th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE